UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRENTWOOD ACADEMY ) | |
| ) | |
| v. ) | NO. 3:97-1249 |
| ) | JUDGE CAMPBELL |
| TENNESSEE SECONDARY SCHOOLS ) | |
| ATHLETIC ASSOCIATION and ) | |
| RONNIE CARTER, Executive Director and ) | |
| Individually ) | |

## ORDER

Pending before the Court are Plaintiff's Motion for Judgment in its Favor on Equal Protection Claim (Docket No. 349); Plaintiff's Renewed Motion for Summary Judgment on Antitrust Claims (Docket No. 351), and Defendants' Motion for Summary Judgment (Docket No. 354).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Judgment in its Favor on Equal Protection Claim (Docket No. 349) is DENIED; Plaintiff's Renewed Motion for Summary Judgment on Antitrust Claims (Docket No. 351) is DENIED; and Defendants' Motion for Summary Judgment (Docket No. 354) is GRANTED.

Accordingly, Plaintiff's equal protection claim and antitrust claims are DISMISSED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

By September 1, 2008, the parties shall file any motions for costs and/or attorneys' fees. Fed. R .Civ. P. 54(d) and Local Rule 54.01.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE